SETAREH LAW GROUP
Shaun Setareh (SBN 204514)
Jose Maria D. Patino, Jr. (SBN 270194)
Tyson Gibb (SBN 339154)
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Tel:  (310) 888-7771
Fax:  (310) 888-0109
Email: shaun@setarehlaw.com
Email: jose@setarehlaw.com
Email: tyson@setarehlaw.com

Attorneys for Plaintiff
GABRIEL AROCHA

*(Counsel list continued on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL AROCHA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEB TO DOOR CORP., a Nevada corporation; SOUTH EAST PERSONNEL LEASING, INC., a Florida corporation; AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 4:22-cv-06851-YGR<br><br>**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT** |

1  ARABIAN-LEE LAW CORPORATION
   Ellen Arabian-Lee (SBN 151615)
2  2999 Douglas Boulevard
   Suite 180
3  Roseville, CA 95661
4  Tel: (916) 242-8662
   Fax: (916) 200-2959
5  Email: ellen@arabian-leelaw.com

6  Attorneys for Defendant
   WEB TO DOOR CORPORATION
7
8  MORGAN, LEWIS & BOCKIUS LLP
   Andrew P. Frederick (SBN 284832)
9  Aleksandr Markelov (SBN 319235)
   Kassia Stephenson (SBN 336175)
10 1400 Page Mill Road
   Palo Alto, CA 94304
11 Tel:   +1.650.843.4000
   Fax:   +1.650.843.4001
12 Email: andrew.frederick@morganlewis.com
   Email: aleksandr.markelov@morganlewis.com
13 Email: kassia.stephenson@morganlewis.com

14 Attorneys for Defendant
   AMAZON.COM SERVICES, LLC

Plaintiff Gabriel Arocha ("Plaintiff") and Defendants Web to Door Corporation ("WTD") and Amazon.com Services, LLC ("Amazon") (together, "Defendants") (collectively, "the Parties") hereby submit this joint status report.

On November 22, 2024, the Parties filed a joint status report informing the Court that they were exploring potential resolution of Plaintiff's individual claims and indicating that the Parties would file a joint status report by January 10, 2025. ECF No. 41. The Parties have reached a settlement in principle of Plaintiff's individual claims and are in the process of preparing a written settlement agreement. The Parties expect to file a stipulated dismissal with prejudice of Plaintiff's individual claims and dismissal without prejudice of Plaintiff's putative class claims within 45 to 60 days. Accordingly, the Parties request that the Court vacate the currently scheduled Case Management Conference set for February 3, 2025, at 2 p.m. and set a deadline of March 7, 2025, for the Parties to file a stipulated dismissal of this action.

Dated:  January 9, 2025                                              SETAREH LAW GROUP

                                                                     By */s/ Jose Maria D. Patino, Jr.*
                                                                         Shaun Setareh
                                                                         Jose Maria D. Patino, Jr.
                                                                         Tyson Gibb

                                                                     Attorneys for Plaintiff
                                                                     GABRIEL AROCHA

Dated:  January 9, 2025                                              ARABIAN-LEE LAW CORPORATION

                                                                     By */s/ Ellen Arabian-Lee*
                                                                         Ellen Arabian-Lee

                                                                     Attorneys for Defendant
                                                                     WEB TO DOOR CORPORATION

| | |
|---|---|
| Dated: January 9, 2025 | MORGAN, LEWIS & BOCKIUS LLP |
| | By */s/ Andrew P. Frederick* |
| |    Andrew P. Frederick |
| |    Aleksandr Markelov |
| |    Kassia Stephenson |
| | Attorneys for Defendant |
| | AMAZON.COM SERVICES, LLC |

## **ATTESTATION**

I, Andrew P. Frederick, am the ECF user whose identification and password are being used to file this Joint Status Report and Notice of Settlement. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that counsel of all other Parties concur in this filing.

Dated: January 9, 2025                           MORGAN, LEWIS & BOCKIUS LLP

                                                 By: */s/ Andrew P. Frederick*
                                                 Andrew P. Frederick
                                                 Aleksandr Markelov
                                                 Kassi Stephenson

                                                 Attorneys for Defendant
                                                 AMAZON.COM SERVICES, LLC