UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL AROCHA, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>WEB TO DOOR CORP., A NEVADA CORPORATION; SOUTH EAST PERSONNEL LEASING, INC., A FLORIDA CORPORATION; AMAZON.COM SERVICES LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1 TO 50, INCLUSIVE,<br><br>Defendants. | CASE NO. 4:22-cv-06851-YGR<br><br>ORDER CONDITIONALLY CLOSING CASE |

The parties to this action, by and through their counsel, have advised the Court that they have reached a settlement in principle of plaintiff's individual claims and anticipate filing a stipulated dismissal with prejudice of plaintiff's individual claims and dismissal without prejudice of plaintiff's putative class claims within 45 to 60 days. (Dkt. No. 43.)

Based thereon, this matter is **DISMISSED WITH PREJUDICE** as to plaintiff's individual claims, **WITHOUT PREJUDICE** as to putative class claims, and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within ninety (90) days from the date of this Order, that the case should be reopened for failure of a condition of settlement, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: January 10, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE